UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ELIJAH FLORES, et al., | CASE NO. CV F 14-0047 LJO GSA |
| Plaintiffs, | **ORDER TO DISMISS REMAINING DEFENDANTS** (Doc. 18.) |
| vs. | |
| THE BANK OF NEW YORK MELLON, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this entire action and all claims against any remaining defendants, including EMC Mortgage Corporation, Cal-Western Reconveyance Corporation, JP Morgan, Chase Bank, N.A., Christina Trowbridge and Whitney K. Cook.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **February 24, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1